IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 04-cv-0585-MJR |
| | ) |
| UNION ELECTRIC COMPANY d/b/a | ) |
| AMEREN U.E., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM and ORDER**

**REAGAN, District Judge:**

Before this Court is plaintiff Aaron Meyer's motion for voluntary dismissal (Doc. 32). The Court notes that defendant Union Electric Company has filed an objection to Meyer's motion (Doc. 34). However, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**, the Court may grant a motion for dismissal "on such terms and conditions as the court deems proper." Because of the substantial effort that Union Electric has expended in defending this case, the Court **DISMISSES** this matter subject to the following terms and conditions: (1) dismissal is *without prejudice*; (2) if Meyer re-files this case, it must be in the Southern District of Illinois, and Meyer must notify the Clerk of the Court that the new filing is "related" to this case (04-cv-0585) and should therefore be "force assigned" to Judge Michael J. Reagan; (3) all discovery conducted in this case shall apply to any re-filed case. In the event that Meyer re-files this matter in a jurisdiction other than the Southern District of Illinois, this Court retains jurisdiction to enforce this Order and may consider an award of attorney's fees, costs, and expenses incurred by Union Electric in this case.

IT IS SO ORDERED.

DATED this 5th day of January, 2006.

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge